# EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ALAN MEYER and DAVID CORNELIUS,

Plaintiffs,

v.

PANERA BREAD COMPANY,

Defendant.

Case No. 1:17-cv-02565-EGS

### DECLARATION OF STEVE LISNER

I, Steve Lisner, pursuant to 28 U.S.C. § 1746, state as follows:

1. The following facts are based on my personal knowledge and, if called as a witness, I could testify competently to them.

2. I was hired by Panera, LLC ("Panera") in the summer of 2005 to be the Joint Venture Partner ("JVP") for the Jacksonville Southeast market in Jacksonville, Florida, which currently encompasses 11 cafes. I have remained in that position ever since, though my title is now Area Operating Partner.

3. At various times during my tenure, I have served as an acting JVP for the Panera markets in North Alabama and North Miami, in addition to my continuing responsibility as JVP for the Jacksonville Southeast Market. During those time periods, each of which lasted for approximately six months, I was responsible for as many as 19 cafes. My general practice during those periods was to spend one week per month in my additional market, visiting each cafe in the additional market for part of a day during my week-long visit.

4. I do not visit each of my cafes on a daily or even a weekly basis, nor do I consider it my job to be in each of my cafes that frequently. I believe strongly in affording each cafe's management team, including the General Manager ("GM") and Assistant Manager(s), the

freedom to manage their cafes as they deem fit; my role is to help the GMs and Assistant Managers identify opportunities for growth and improvement, and to support them as needed. As a general matter, I spend less time in cafes that are performing well versus those that are struggling. Cafe performance is not measured by sales alone. I judge cafe's performance by a number of factors, such as customer satisfaction, sales volume, profitability, associate development, and employee retention, and these factors help me determine whether a cafe is performing optimally or in need of improvement.

5. As a JVP, I was involved in hiring salaried-exempt Assistant Managers for the cafes in my market. I do not focus much on Assistant Managers levels of ability to make sandwiches and salads, they must have the knowledge and ability to produce the product for their ability to train and coach an associate in the performance of those tasks. Moreover, I focused on an Assistant Manager candidate's people skills, ability to adapt to and manage change, and ability to deal with ambiguity. The ability to deal with ambiguity is key, in my view, because Panera is not a company in which each change or decision is scripted out at the cafe level—from dealing with customer issues to coaching associates, an Assistant Manager must be able to react to and manage issues and change on a daily basis.

6. Having overseen multiple markets as a JVP, I know that markets and cafes, and the experiences of the managers in those cafes—including exempt Assistant Managers prior to the reclassification of the role in 2016—vary in numerous ways.

7. For example, the Jacksonville Southeast market is unique compared to the other markets I have overseen, due in part to the strength of the delivery business across its cafes. In fact, our market is in the top 5% of all Panera markets in terms of delivery business volume. Cafe #764, which is an inline location in a Jacksonville shopping center, is one of the smallest cafes in the market in terms of footprint but has one of the highest delivery volumes in the Company. The

cafe started its delivery business in February 2016 and employs a large team of dedicated drivers. The cafe employs over 60 associates, approximately 25 of whom are drivers, and generates approximately $70,000 to $80,000 in revenue each week. Nearly 25% of that revenue derives from the cafe's delivery business.

8.  Even within the same market, I have other cafes that look quite different from Cafe #764. For instance, Cafe #1432, which is located in St. Augustine, generates roughly the same revenue as Cafe #764, but derives nearly 35-40% of that revenue from its drive-thru business. Unlike Cafe #1432, Cafe #764 does not have a drive-thru. This variable alone would have led to obvious differences in the day-to-day experiences for an exempt Assistant Manager at each cafe. An Assistant Manager at Cafe #764 would need to be capable of hiring quality delivery drivers and overseeing a delivery operation, including a dedicated dispatcher, while at the same time supervising hourly associates inside the cafe. An Assistant Manager at Cafe #764 would not, however, be required to manage a drive-thru operation, which, depending on the layout of the drive-thru and kitchen area, can be similar to running two cafes under the same roof. By contrast, an Assistant Manager in Cafe #1432 must be able to run a bustling drive-thru business.

9.  In light of the fact that cafes vary materially, it is not uncommon for an Assistant Manager who transfers between markets or cafes to receive additional training. For example, an Assistant Manager from a Panera cafe in the northeast recently transferred to a cafe in my market. The Assistant Manager's prior cafe did not have a delivery business or various other features that have been rolled out to cafes in my market over the last couple years. As a result, the transferring Assistant Manager received two weeks of follow shifts and training upon entering my market. The training focused on, among other things, management of a cafe's delivery business.

10. In addition to varying widely in terms of hourly staff size, staff makeup, and service offerings, cafes—even those within the same market—vary with respect to the makeup of the management team. While each cafe has a single GM, some cafes have two Assistant Managers, while others have four. Cafes also vary with respect to the number of hourly Shift Supervisors.

11. I am aware of some GMs who take a more "hands on" approach to managing the cafe and perform the same general functions as their Assistant Manager(s), such as running a shift, supervising and coaching hourly associates, writing the cafe schedule, ordering food and inventory, and disciplining associates. I know other GMs who view their role more as that of a brand ambassador and spend very little time on the managerial functions that an Assistant Manager carries out. This is true now, and it has always been true during the time I have worked as a JVP.

12. Moreover, based on my experience as a JVP, the day-to-day experiences of an exempt Assistant Manager within a cafe oftentimes varied even compared to the other Assistant Manager(s) in the same cafe based on each Assistant Manager's individual strengths, skills, and preferences. For example, it was not uncommon to see one exempt Assistant Manager take primary ownership for administering training processes, while another took primary ownership for managing food costs.

13. When I refer to taking primary ownership over a management function such as training or food cost management, that does not mean that only one Assistant Manager in a cafe would be responsible for that function. All Assistant Managers are expected to train associates and manage food costs. When I refer to an Assistant Manager taking primary responsibility for a management function like this, I mean the more formal and administrative aspect of the function, such as developing a plan to ensure that associates are cross-trained on various hourly functions.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March __/__, 2018.

_____
Steve Lisner