# EXHIBIT M

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAN MEYER and DAVID CORNELIUS, <br><br> Plaintiffs, <br><br> v. <br><br> PANERA BREAD COMPANY, <br><br> Defendant. | Case No. 1:17-cv-02565-EGS |

### DECLARATION OF DEANNA GALLAGAN

I, Deanna Gallagan, pursuant to 28 U.S.C. § 1746, state as follows:

1. The following facts are based on my personal knowledge and, if called as a witness, I could testify competently to them.

2. I began my employment with Panera, LLC ("Panera") in August 2008 as an Assistant Manager of a cafe in Woodbury, Minnesota. I was promoted to be the General Manager of a cafe in West Saint Paul in 2011. In 2012, I was promoted to be a District Manager in North Minneapolis, and later that year or earlier the next year—around the same time that Panera eliminated the District Manager position—I became a Joint Venture Partner ("JVP") in the same general geographic area. I remained a JVP until August 2017, when I was promoted and transferred to be a Regional Vice President. My region encompasses all 53 company cafes in Michigan, as well as nine additional cafes in Ohio.

3. As a JVP I oversaw approximately ten cafes that were all situated in the North Minneapolis area. Even within my market, the cafes were very different. For example, the cafe in Brooklyn Center, Minnesota was located in a strip mall, averaged about $20,000 a week in revenue, had a staff of approximately 20 associates, and did not have a drive-thru. Only one or two salaried Assistant Managers were typically assigned to that cafe. Meanwhile, the cafe up I-94 in

St. Cloud did approximately 350% more business, employed three times as many associates, operated a busy drive-thru, and was typically staffed with three or four salaried Assistant Managers.

4.  Based on my experience in several states and numerous markets, I know first-hand that the contrast between the Brooklyn Center and St. Cloud cafes is not uncommon. Simply stated, our cafes are not cookie-cutter. Even within a single market, cafes can look very different in terms of staff size and makeup, physical attributes and services offered, business volume and demand patterns, and numerous other variables. They also vary, quite obviously, with respect to the skillsets of the managers on the management team and the style of the General Manager ("GM"). Some GMs, for example, spend large amounts of time in the back office or traveling around their markets, leaving sole operational responsibility for the cafe to the Assistant Manager(s), while others spend more time working alongside their team on the cafe floor. All of these variables can and certainly do lead to differing day-to-day experiences amongst Panera Assistant Managers.

5.  For example, at any point in time in a cafe that boasts higher volume, a larger staff, and a wider service offering, such as the cafe in St. Cloud, I would expect an exempt Assistant Manager to have been supervising more associates, overseeing a wider set of cafe functions, and navigating a different set of business challenges than an Assistant Manager in Brooklyn Center.

6.  That said, because there are typically fewer Assistant Managers in a smaller, lower volume cafe such as Brooklyn Center, it is likely that each Assistant Manager in the cafe would assume primary ownership over more managerial functions for their cafe. For instance, while the four Assistant Managers in a high-volume cafe might divide primary responsibility for management functions such as training, facilities management, food cost management, and optimizing cafe service, the two Assistant Managers in a lower-volume cafe might each take

primary responsibility for multiple of these functions.

7. To be sure, when I refer to taking primary responsibility for a management function such as training, that does not mean that only one Assistant Manager in a cafe would be responsible for that function. All Assistant Managers are expected to train associates. When I refer to an Assistant Manager taking primary responsibility for a management function like this, I generally mean the more formal and administrative aspect of this function, such as tracking which associates have completed which formal training modules and which modules an associate is behind on.

8. In my experience, Assistant Managers are key players in the hiring process and, when necessary, terminations. It is not at all uncommon for an Assistant Manager to: decide which job candidates to bring in for an interview; conduct a first or second interview; decide whether to conduct a second interview; and/or decide whether to hire a candidate. Hiring is part of their job.

9. Likewise, Assistant Managers have authority to counsel and discipline associates, and, when they deem it necessary, to pursue termination. How an Assistant Manager handles a termination—for instance, whether she makes the decision herself, recommends it to a General Manager, or consults with Human Resources ("HR")—depends heavily on the cafe and the circumstances of the situation. How a termination is executed depends on similar variables, namely the Assistant Manager and/or GM involved, the HR representative involved, and the circumstances of the situation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 2/28_____, 2018.

_____
Deanna Gallagan