**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ALAN MEYER and DAVID CORNELIUS,
individually and on behalf of all others similarly
situated,

Plaintiffs,

v.

PANERA, LLC,

Defendant.

1:17-CV-02565 (EGS)(GMH)

**PLAINTIFFS' UNOPPOSED MOTION FOR
APPROVAL OF SETTLEMENT, SERVICE
PAYMENTS, AND ATTORNEYS' FEES AND COSTS**

Plaintiffs respectfully submit the following Unopposed Motion for Approval of Settlement, Service Payments, and Attorneys' Fees and Costs ("Plaintiffs' Unopposed Motion"). For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion, the Declaration of Sally J. Abrahamson in Support of Plaintiffs' Unopposed Motion, and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

(1)    approving the settlement set forth in the Settlement Agreement;

(2)    approving the proposed Notice of Settlement and Opportunity to Join Collective Action;

(3)    approving Service Payments of $10,000 to each of the Plaintiffs and $5,000 Opt-In Plaintiffs who have assisted in the litigation of this case;

(4)    approving Plaintiffs' request for attorneys' fees, plus reimbursement of costs and expenses;

(5)    approving the Claims Administrator's fees and costs; and

(6)    incorporating the terms of the Settlement Agreement.

Dated:          December 27, 2018
                Washington, D.C.

                                        Respectfully submitted,

                                        /s/ Sally J. Abrahamson
                                        **OUTTEN & GOLDEN LLP**
                                        Sally J. Abrahamson (99058)
                                        Lucy B. Bansal (MD06639)
                                        601 Massachusetts Avenue NW
                                        Second Floor West Suite
                                        Washington, D.C. 20001
                                        Telephone: (202) 847-4400
                                        Facsimile: (202) 847-4410

                                        Justin M. Swartz (admitted *pro hac vice*)
                                        685 Third Avenue, 25th Floor
                                        New York, New York 10017
                                        Telephone: (212) 245-1000
                                        Facsimile: (646) 509-2060

                                        *Attorneys for Plaintiffs*

**CERTIFICATION OF SERVICE**

I hereby certify that on December 27, 2018, the above document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Sally J. Abrahamson
Sally J. Abrahamson